IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

COLTTON JOSEPH GRIMES                                                         PLAINTIFF

V.                              4:16CV00670 DPM/PSH

SCOTT BRADLEY *et al*                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Coltton Joseph Grimes, who was formerly held at the Van Buren County Jail, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 15, 2016.[1] Grimes did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis*. Accordingly, on September 19, 2016, the Court entered an order directing Grimes to either pay the filing and administrative fees, or file an application for leave to proceed *in forma pauperis* within

---

[1] Grimes is one of two plaintiffs named in the complaint. Pursuant to direction from the Court, the Clerk opened two individual cases, each with a single plaintiff.

30 days.  Doc. No. 2.  Grimes was also ordered to file a signed complaint within 30 days.  That same order warned Grimes that his failure to comply would result in the recommended dismissal of his complaint.

On September 27, 2016, after mail sent to Grimes at his address of record was returned as undeliverable, the Court entered an order directing Grimes to file a notice of his current address within 30 days.  Doc. No. 6.  That order warned Grimes that his failure to comply would result in the recommended dismissal of his complaint.

More than 30 days have passed, and Grimes has not paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, filed a signed complaint, updated his address, or otherwise responded to the Court's orders.  Mail sent to Grimes at his address of record continues to be returned as undeliverable, Doc. No. 7, and Grimes is not listed as a current inmate on the public websites maintained by the Arkansas Department of Correction or the Federal Bureau of Prisons.  Under these circumstances, the Court concludes that Grimes' complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Coltton Joseph Grimes' complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE