IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COLTTON JOSEPH GRIMES                                           PLAINTIFF

v.                          No. 4:16-cv-670-DPM

SCOTT BRADLEY, Sheriff, Van Buren County;
RANDY MURRAY, Jail Administrator,
Van Buren County Detention Center;
TRACEY SUTTERFIELD, Jail Administrator,
Van Buren County Detention Center; and
GREYSON COOPER, Jailer, Van Buren
County Detention Center                                          DEFENDANTS

ORDER

Unopposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Grimes hasn't kept his address current; his mail is being returned. № 3, 4, 5, 7 & 9. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2016