## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

COLTTON JOSEPH GRIMES                                          PLAINTIFF

v.                              No. 4:16-cv-670-DPM

SCOTT BRADLEY, Sheriff, Van Buren County;
RANDY MURRAY, Jail Administrator,
Van Buren County Detention Center;
TRACEY SUTTERFIELD, Jail Administrator,
Van Buren County Detention Center; and
GREYSON COOPER, Jailer, Van Buren
County Detention Center                                       DEFENDANTS

## JUDGMENT

Grimes's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

21 November 2016